## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **OPTIV SECURITY INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No.:  2:22-cv-02376-JWB-GEB** |
| | ) | |
| **GUIDEPOINT SECURITY, LLC,** | ) | |
| **BRIAN LEDBETTER AND JESSICA** | ) | |
| **GRAMMER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Optiv Security, Inc., and Defendants GuidePoint Security, LLC, Brian Ledbetter and Jessica Grammer submit this Joint Stipulation of Dismissal with Prejudice of the above-styled matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This action, in full and including all claims and counterclaims, is dismissed with prejudice, with each party to bear and pay their own costs and attorneys' fees, and neither party constituting a "prevailing party" under any applicable law.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert J. Hingula | /s/ Michael J. Kuckelman |
| ERIC E. PACKEL (#23070) | Michael J. Kuckelman, Esq. |
| ROBERT J. HINGULA (#22203) | Jennifer H. Salva, Esq. |
| ISAAC T. CAVERLY (D. Kan. # 78968) | Kuckelman Torline Kirkland, Inc. |
| POLSINELLI PC | 10740 Nall, Suite 250 |
| 900 W. 48th Place, Suite 900 | Overland Park, KS  66211 |
| Kansas City, Missouri  64112 | 913-948-8610 |
| (816) 753-1000 | Fax:  913-948-8611 |
| Fax:  (816) 753-1536 | mkuckelman@ktk-law.com |
| epackel@polsinelli.com | jsalva@ktk-law.com |
| rhingula@polsinelli.com | |
| icaverly@polsinelli.com | |

ATTORNEYS FOR PLAINTIFF

Marc D. Katz, Esq. (admitted *pro hac*)
Maria A. Garrett, Esq. (admitted *pro hac*)
DLA Piper, LLP
1900 N. Pearl Street, Suite 2200
Dallas, TX  75201
214-743-4500
Fax:  214-743-4550
Marc.katz@us.dlapiper.com
Maria.garrett@us.dlapiper.com
Micala.bernardo@us.dlapiper.com

Michael S. Gardner, Esq. (admitted *pro hac*)
Alex S. Cleeter, Esq. (admitted *pro hac*)
Gardner Haas, PLLC
2501 N. Harwood Street, Suite 1250
Dallas, TX  75201
214-712-8280
Fax:  214-712-8259
mg@gardnerhaas.com
ac@gardnerhaas.com

ATTORNEYS FOR DEFENDANT
GUIDEPOINT SECURITY, LLC, BRIAN
LEDBETTER AND JESSICA GRAMMER

92813932.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by (____) United States Mail, postage prepaid; (__XX__) ECF Notification System; and/or (____) E-mail this 16th day of January, 2024, to:

Michael J. Kuckelman, Esq.
Jennifer H. Salva, Esq.
Kuckelman Torline Kirkland, Inc.
10740 Nall, Suite 250
Overland Park, KS  66211
913-948-8610
Fax:  913-948-8611
mkuckelman@ktk-law.com
jsalva@ktk-law.com

Marc D. Katz, Esq. (admitted *pro hac*)
Maria A. Garrett, Esq. (admitted *pro hac*)
DLA Piper, LLP
1900 N. Pearl Street, Suite 2200
Dallas, TX  75201
214-743-4500
Fax:  214-743-4550
Marc.katz@us.dlapiper.com
Maria.garrett@us.dlapiper.com
Micala.bernardo@us.dlapiper.com

Michael S. Gardner, Esq. (admitted *pro hac*)
Alex S. Cleeter, Esq. (admitted *pro hac*)
Gardner Haas, PLLC
2501 N. Harwood Street, Suite 1250
Dallas, TX  75201
214-712-8280
Fax:  214-712-8259
mg@gardnerhaas.com
ac@gardnerhaas.com

ATTORNEYS FOR DEFENDANT GUIDEPOINT SECURITY, LLC,
BRIAN LEDBETTER AND JESSICA GRAMMER

_____/s/ Robert J. Hingula_____

92813932.1